UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMERICAN AIRLINES, INC.,

                Plaintiff,

      -against-                          09 Civ. 4535 (LAK)

CHARLES F. IMHOF and DELTA AIRLINES, INC.,

                Defendants.
------------------------------------x

                **ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 5/14/09

LEWIS A. KAPLAN, *District Judge.*

      Delta Airlines, Inc. ("Delta"), having moved on the record in open court for leave to intervene as a defendant and the Court having heard counsel for all parties, it is hereby

      ORDERED, as follows:

      1.    Delta's motion for leave to intervene as a defendant is granted.

      2.    With the consent of Delta, the summons and complaint is deemed to have been served upon it this date. It shall answer or move with respect to the complaint within 20 days hereof.

      3.    The caption is amended to conform to the caption on this order.

      SO ORDERED.

Dated:    May 13, 2009

                                      _____
                                      Lewis A. Kaplan
                                      United States District Judge