UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMERICAN AIRLINES, INC.                             :
                                                    :    No. 09-cv-4535 (LAK) (HBP)
                    Plaintiff,                      :    ECF Case
                                                    :
        v.                                          :    **PLAINTIFF'S MOTION TO DISMISS
                                                    :    WITHOUT PREJUDICE PURSUANT
CHARLES F. IMHOF and                                :    TO FED. R. CIV. P. 41(a)(2) WITH
DELTA AIR LINES, INC.,                              :    EACH PARTY TO BEAR HIS OR ITS
                                                    :    OWN COSTS AND FEES**
                    Defendants.                     :
                                                    :
-------------------------------------------------------------X

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff American Airlines, Inc. ("American") moves this Court for an order dismissing this action without prejudice, with each party to bear his or its own costs and fees.

Dated: July 28, 2009
       New York, New York

                                                MCKOOL SMITH P.C.

                                                By: _____
*Of Counsel:*                                       John P. Cooney, Jr. (JC 2501)
                                                    Gayle Rosenstein Klein (GK 2945)
MCKOOL SMITH P.C.
                                                399 Park Avenue
Mike McKool, Jr.                                Suite 3200
300 Crescent Court                              New York, New York  10022
Suite 1500                                      Phone: (212) 402-9400
Dallas, Texas  79705                            Fax: (212) 402-9444
Phone: (214) 978-4000                           gklein@mckoolsmith.com
Fax: (214) 978-4444
mmckool@mckoolsmith.com
                                                *Attorneys for Plaintiff
                                                American Airlines, Inc.*

Dallas 282540v1