UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMERICAN AIRLINES, INC.,

        Plaintiff,

      -against-                                   09 Civ. 4535 (LAK)

CHARLES F. IMHOF, et al.,

        Defendants.
------------------------------------x

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/10/09

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        For the reasons stated on the record in open court on this day, plaintiff's motion to dismiss without prejudice is denied.

        SO ORDERED.

Dated:     September 10, 2009

                                                        Lewis A. Kaplan
                                                       United States District Judge