UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES F. IMHOF and DELTA AIR LINES, INC., <br><br> Defendants. | Civil Action No. 09-4535 (LAK) <br> **ECF Case** <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and ORDERED by the Court that this case is dismissed with prejudice against the defendants, Charles F. Imhof and Delta Air Lines, Inc., with each party to bear his or its own costs and fees.

SO ORDERED this 29 day of September 2009:

_____
Lewis A. Kaplan, U.S. District Judge

Stipulated and agreed to this 25th day of September 2009:

_____
Gayle Rosenstein Klein
McKool Smith P.C.
One Bryant Park
47th Floor
New York, New York  10036
*ATTORNEYS FOR PLAINITFF AMERICAN AIRLINES, INC.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 9/29/09
```

_____
Paul Fishman, Esq.
Lance Gotko, Esq.
Friedman Kaplan Seiler & Adelman LLP
1633 Broadway
New York, New York 10019-6708
*ATTORNEYS FOR DEFENDANT CHARLES F. IMHOF*


_____
Harlan A. Levy, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, New York 10022
*ATTORNEYS FOR DEFENDANT DELTA AIR LINES, INC.*